UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMIREZ LUNA

                                        Petitioner,

            v.

BLANCHE et al,


                                        Respondents.

| USDC SDNY |
| --- |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 5/1/2026 |

26-cv 3605 (NSR)

**ORDER**

NELSON S. ROMAN, District Judge:

The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of the Southern District of New York is ADMINISTRATIVELY STAYED pending resolution of the matter and/or further order of the Court.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

SO ORDERED.

Dated: May 1, 2026
       White Plains, New York

_____
       NELSON S. ROMAN
       U.S. District Court Judge, S.D.N.Y.