UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                 :

RAMIREZ LUNA,                       :

                                              :

Petitioner,                    :         ORDER

                                              :

                -against-          :

                                            :        26-CV-3605 (NSR)

BLANCHE *et al*,              :
Respondents.             :
------------------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge

      The Court is in receipt of Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1), as well as Petitioner's Emergency Motion for a Temporary Restraining Order. (ECF No. 2.) The Government is directed to respond to Petitioner's submission in the form of an opposition by May 8, 2026, at 12:00 p.m. Petitioner is directed to file any reply by May 15, 2026, at 12:00 p.m. If Petitioner has not already done so, he is further directed to serve his motion papers on the respective Government Respondents.

Dated: May 1, 2026
      White Plains, New York

                                          SO ORDERED:

                                          NELSON S. ROMÁN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/1/2026