AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Miguel Ramirez Luna, | ) | |
| *Petitioner* | ) | |
| v. | ) | Case No.   26 Civ. 3605 (NSR) |
| Blanche, et al., | ) | |
| *Respondents* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants                                                                                      .

Date:      05/06/2026                                                   /s/  Janet Guyon
                                                                              *Attorney's signature*

                                                                              SAUSA Janet Guyon
                                                                              *Printed name and bar number*

                                                                              United States Attorney's Office
                                                                              Southern District of New York
                                                                              86 Chambers Street, 3rd Floor
                                                                              New York, New York 10007
                                                                              *Address*

                                                                              janet.guyon@usdoj.gov
                                                                              *E-mail address*

                                                                              (917) 484-0324
                                                                              *Telephone number*

                                                                              (212) 637-2786
                                                                              *FAX number*