**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 8, 2026

**By ECF**
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

   Re: *Ramirez Luna v. Blanche, et al.*, No. 26 Civ. 3605 (NSR)

Dear Judge Roman:

   This Office represents Respondents (the "Government") in the above-referenced immigration habeas corpus action, brought by Miguel Ramirez Luna ("Petitioner"), a non-citizen who is challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). On May 8, 2026, the Government filed a response to the Petition as ordered by the Court on May 1, 2025. ECF No. 5. That response included a declaration from a Deportation Officer ("DO") with U.S. Immigration and Customs Enforcement ("ICE"). ECF No. 9. Unfortunately, the Government misidentified the officer in its memorandum of law and return. ECF Nos. 7, 8. The declaration was signed by DO Kerryn Irving, not DO Dmitry Rousseau. The Government deeply apologizes for the error.

   I thank the Court for its consideration of this submission.

         Respectfully submitted,

         JAY CLAYTON
         United States Attorney

     By: */s/ Janet Lynne Guyon*
        JANET LYNNE GUYON
        Special Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel: (917) 484-0324
        E-mail: janet.guyon@usdoj.gov

cc:  Counsel of record (by ECF)