USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                            :
RAMIREZ LUNA,                                               :
                                                            :
Petitioner,                                                 :          ORDER
                                                            :
        -against-                                           :
                                                            :          26-CV-3605 (NSR)
BLANCHE *et al*,                                            :
                                                            :
Respondents.                                                :
-------------------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge

Petitioner commenced this habeas action pursuant to 28 U.S.C. § 2241, challenging his arrest and continued immigration detention. (Petition, ECF No. 1.) Presently before the Court is Petitioner's Order to Show Cause and Application for a Temporary Restraining Order, wherein Petitioner seeks, *inter alia*, a bond hearing pursuant to 8 U.S.C. § 1226(a). (ECF No. 2.) Respondents represent that Petitioner is detained under 8 U.S.C. § 1226(a) and may request a bond hearing before an Immigration Judge at any time. (Resp'ts' Opp'n at 1, 7–8, 10, ECF No. 7); *see also* 8 C.F.R. §§ 1003.19(a)–(b), 1236.1(d)(1).

Accordingly, without reaching the merits of Petitioner's habeas petition at this time, and in light of Respondents' consent to Petitioner's request for a prompt bond hearing, Respondents are directed to promptly take all necessary steps to facilitate such hearing and to provide sufficient advance written and electronic notice of the hearing to Petitioner's counsel. Such hearing shall take place on or before June 1, 2026.

Within ten days of the Immigration Judge's bond determination, the parties shall file a joint status letter advising the Court of the outcome and whether any issues remain for this Court's resolution.

1

2

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 2.


Dated: May 15, 2026
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

2